# UNITED STATES DISTRICT COURT
## DISTRICT OF COLUMBIA

| | |
|---|---|
| **In re Federal National Mortgage Association Securities, Derivative, and "ERISA" Litigation** | **MDL No. 1668** |
| **In re Fannie Mae Securities Litigation** | **Consolidated Civil Action No. 04-1639 (RJL)** |

## ORDER

For the reasons set forth in the Memorandum Opinion entered this 20th, day of September 2012, it is hereby

**ORDERED** that defendant Franklin D. Raines's Motion for Summary Judgment [Dkt. # 940] is GRANTED; and it is further

**ORDERED** that judgment is entered for defendant Raines on all counts against him and that defendant Raines is dismissed from this suit.

**SO ORDERED.**

RICHARD J. LEON
United States District Judge